IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John Michael Miller Jr
7/16/1981  # 155250
1030 Rockspring rd
Bel Air Md 21014
Harford County Detention Center
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

\*

FILED ____ ENTERED
____ LODGED ____ RECEIVED

APR 1 4 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v. Jeffrey Ghaler (Sheriff)
David Gailbraith (Warden)
Major Givides / Lt. Howell
Cpt Y. Chester / Lt. Rosette / G. Regulski
Cpt Rumsey
1030 Rockspring rd Bel Air Md 21014
*(Full name and address of respondent)*
**Defendant(s).** Harford County Detention Center

\*

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☒    NO ☐

   1. If you answered YES:

      a. What was the result? I filed and exhausted 6 (DC-129) request slips and 5 Grievances and all where thwarted, denied, my rights to Access the Court, Due process denied

      b. Did you appeal? I appealed all rulings

      YES ☒    NO ☐

   2. If you answered NO to either of the questions above, explain why: _____
      _____
      _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   I was incarcerated on 9/5/24 knowing exculpatory evidence exists I began to attempt to effectively and meaningfully prepare my defense on 9/11/24 by requesting as a Pro Se defendant that I be able to access my cellular phone and a laptop to retrieve, video audio, photo and text messages that are exculpatory and vindictive to my cases that prove I'm an Innocent Man. I sent requests (DC-129) to Warden Galbraith on 9/11/24 as well as Lt. Howell, Property officer G. Regulski and also to Capt. Rumsey on 1-23-24 requesting I be able to retrieve my exculpatory evidence to no avail. I filed and exhausted several grievances in this matter again to no avail. I Subpoenaed

   Continued →

several pieces of exculpatory evidence in multiple cases to include Body Warn Camera footage from the Harford County Sheriffs Office, Evidence from the office of The Public Defenders Amy Valdivia, and from Lt. Howell and Captain Chester from their detention center which included pictures, text and videos off my inmate Tablet to prepare a meaningful and effective defense. Captains Chester and Lt Howell, Mayor Gividen Capt Runway have all interfered with my Access to the Courts by not allowing me to retrieve exculpatory evidence from my cellular phone, they have all denied me access to the Courts by not even allowing me to review the body worn camera footage to effectively and meaningfully prepare my defense telling me I need to get a lawyer denying me my Rights to represent myself Pro Se. as well as my Equal treatment Rights and Due Process Rights.

On March 26, 2025 I appeared in Harford County Circuit Court in civil case # C-12-FM-24-811052 and after alerting Judge Elizabeth Bowen through letter and oral argument that I've been denied Due Process of Law by not being allowed to retrieve or review any of my evidence at all through Due Dilligence, she questioned Warden Galbraith who claimed his policies didn't allow me to retrieve or review my evidence. She then ordered the case postponed for one week until April 2, 2025 and that the warden bring me up to the court house also on 3/27/25 - 3/28/25 3/31/25 and 4/1/25 so I can sit in the jury room with laptop and my phone and my evidence to retrieve, review and prepare my Defense. She supplied me with her own computer tech Mr Bob Williams to help me retrieve my evidence from phone to thumbdrives which was a very time consuming matter on two thumbdrives were over 34 Body Worn Camera videos 45 minutes to an hour long. I did and Mr Williams did everything in our power to accomplish our task. On 3/28/25 Mayor Gividen entered the jury room contrary to Judge Bowens orders and told me I had until 3pm to finish that day because I wasn't coming back. I informed Judge Bowens on 4/2/25 what had transpired on 3/28/25 she again postponed the case ordering I be allowed time to prepare, review and retrieve my evidence, I was given all day on 4/2/25 and order where sent to Warden Galbraith to bring me to the court house which he has not complied with. I've tried for over 6 months to get this detention center to uphold my Pro Se rights, Due process Rights and Rights to Equal treatment only to be daily threatened and retaliated against for seeking my Rights be upheld. I have multiple cases in Harford County Circuit

court on April 15-16/2025 in which I am not even close to being prepared due to this institutions Denial of my Due process Rights and my Rights to access the Courts. Those case #'s are C-12-CR-2400-1075, C-12-CR-2400-1076, C-12-CR-2400-1076, C-12-CR-2400-1077, C-12-CR-2400-1078, C-12-CR-2400-1079, C-12-CR-2400-1081, C-12-CR-2400-1220. These violations have already caused me to be found guilty falsely in case numbers, D-09-CR-2400-3130 and D-09-CR-2400-3442 because the defendants would not allow me to review my evidence subpoenaed on thumbdrive nor would they allow me to retrieve my exculpatory and vindictive evidence from my cellular phone which lacks cellular service. Because of the denial of my Rights I was not able to effectively and meaningfully prepare my defense with exculpatory evidence because it was denied me. Furthermore the detention center has no one at all trained in law to adequately assist Pro Se defendants in filing or preparing court papers, motions or documents. They do not have an adequate law library either that could assist an inmate in filing procedurally appropriate motions, appeals or any other requests.

I have been damaged in several ways by these violations of my Constitutional statutory and common laws Rights by (1) being falsely convicted in 2 cases, (2) suffering the deprivations of my life, liberty and property due to not having adequate, meaningful or effective access to the Access of Courts which has caused the District Court of Harford county to violate my Rights by denying me direct appeals from district court as an indigent inmate in Case #'s D-09-CR-2400-3130 and D-09-CR-2400-3442 purposely violating my Rights knowing I've already been deemed indigent by the commissioner. (3) By putting my life, liberty and property in further jeopardy by placing me in jeopardy of being falsely convicted once again by not allowing me access to the Courts and my evidence to adequately, effectively and meaningfully to prepare my Defense.

They have not only hindered my ability to prepare an adequate, effective and meaningful Defense but have denied me adequate, effective and meaningful assistance in any way and have interfered in my own ability to prepare my Defense by violating Judge Baxter's orders and denying me the ability to gather, retrieve, examine and prepare my exculpatory and vindictive evidence, violating Bounds V. Smith 430 U.S. at 828.

Its also cruel and unusual punishment to make me go through the stress and anxiety of being falsely convicted because im helpless as a Pro Se defendant at their discretion.

IV. Relief
(State briefly what you want the Court to do for you.)

I'm seeking 5 million dollars in punitive damages, compensatory damages to pay for private counsel to undue what their violations have caused in court proceedings and a Habeas Corpus relief to stay the sentences caused by my Rights being violated, without question if I had access to the Courts I would have had the evidence to change the outcome of the cases. Injunction to order the jail to allow me access to my materials to prepare my Defense or to pay for private counsel because of their violations.

SIGNED THIS 10th day of April 2025

Signature of Plaintiff: John Michael Miller Jr 155250

Printed Name: John Michael Miller Jr   All RIGHTS RESERVED

Address: Harford County Detention Center
1030 Rock Spring rd Bel Air Md 21014

Telephone Number

Email Address